USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-3-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        v.

SLIDEBELTS INC.,

                Defendant.

21-CV-2582 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on March 25, 2021. Dkt. 1. On April 27, Plaintiff filed an acknowledgement of service, which stated that Defendant was served on April 14, 2021, and that its answer was due May 5, 2021. Dkt. 6. To date, however, Defendant has not appeared nor responded to the complaint. In addition, the parties have not yet responded to the Court's April 12, 2021 Order, requiring them to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference. Dkt. 5. No later than June 11, 2021, the parties shall do so. To the extent that Defendant has not appeared by that date, Plaintiff shall state as much in his letter, and shall inform the Court whether he intends to seek default judgment against Defendant.

SO ORDERED.

Dated:    June 3, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge