

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**June 9, 2021**

<u>VIA ECF</u>

Hon. Judge Ronnie Abrams

United States District Judge

Southern District of New York

40 Centre Street

New York, NY 10007

      Re:   Quezada v. Slidebelts Inc.

             Case No. 1:21-cv-02582-RA

Dear Judge Abrams,

      The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

      Defendant was served on April 14, 2021 and has yet to appear. It is now June 9, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

      Accordingly, the undersigned requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

      Thank you for your time and consideration of the above request.

<u>/s/Mars Khaimov</u>

Mars Khaimov, Esq., **Principal**

Mars Khaimov Law, PLLC

Application granted.  Plaintiff shall file his motion for default judgment no later than July 10, 2021. SO ORDERED.



Ronnie Abrams, U.S.D.J.

June 10, 2021