# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

<u>VIA ECF</u>                                                                                                          July 14, 2021

Hon. Judge Abrams

United States District Judge

Southern District of New York

40 Centre Street

New York, NY 10007

        Re:    Quezada v. Slidebelts Inc.<u>; Case No: 1:21-cv-02582-RA</u>

To the Honorable Judge Abrams,

        The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

        This Letter is submitted in response to the Court's June 10, 2021, Order directing Plaintiff to move for a default judgment by July 10, 2021.

        By way of background, this matter has been pending before the Court since March 25, 2021, and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

        Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be filing a Motion for Default Judgement in accordance with the Court's Individual Rules.

        As such, Plaintiff is requesting 15 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

        Counsel for Plaintiff apologizes for the delay in requesting an extension and is determined to respond to all Orders moving forward in a timely manner.

        Thank you for the consideration of Plaintiff's request.

Application granted.                                                                               Yours sincerely,

SO ORDERED.                                                                                       **/s/Mars Khaimov**

_____

Ronnie Abrams, U.S.D.J.

July 15, 2021