UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, *on behalf of himself and all others similarly situated,*

                Plaintiff,

v.

SLIDEBELTS INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

21-CV-2582 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff seeks a certificate of default against Defendant. Dkt. 10. According to the docket, Plaintiff served process on Defendant on April 14, 2021, via Dropbox. Dkt. 6. No later than July 27, 2021, Plaintiff shall submit a letter outlining the legal basis for why serving process in this manner is proper.

SO ORDERED.

Dated:    July 20, 2021
           New York, New York

_____
RONNIE ABRAMS
United States District Judge